# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERIC G. FRIEDMAN, DC, PA** a/a/o **WILNER CETOUTE, ERIC G. FRIEDMAN, DC, PA** a/a/o **MIRLANDE CHERON, FUNCTIONAL EVALUATION TESTING OF FLORIDA, INC.** a/a/o **BRIAN-JOSEPH SPEARS, FUNCTIONAL EVALUATION TESTING OF FLORIDA, INC.** a/a/o **KRYSTAL MURANO, FUNCTIONAL EVALUATION TESTING OF FLORIDA, INC.** a/a/o **NICOLE ALUC, FUSION CHIROPRACTIC WPB, PLLC** a/a/o **MERVAUGHN WILLIAMS, LEE WELLNESS AND REHAB LLC** a/a/o **DIEUSEUL LORMILUS, LEE WELLNESS AND REHAB LLC** a/a/o **DEREK RIDLEY, LEE WELLNESS AND REHAB LLC** a/a/o **JEANILIA GREFIN, LEE WELLNESS AND REHAB LLC** a/a/o **DEREK LARICHIE, LIVE YOUNG, PLLC** d/b/a **LIVE YOUNG CHIROPRACTIC** a/a/o **REGINA ALLEN, LIVE YOUNG, PLLC** d/b/a **LIVE YOUNG CHIROPRACTIC** a/a/o **GABRIELA RIVAS,** and **FUNCTIONAL EVALUATION TESTING OF FLORIDA, INC.** a/a/o **CLARK JEAN-GILLES,**
Appellants,

v.

**PROGRESSIVE AMERICAN INSURANCE COMPANY** and **PROGRESSIVE SELECT INSURANCE COMPANY,**
Appellees.

Nos. 4D21-568, 4D21-569, 4D21-570, 4D21-580, 4D21-581, 4D21-588, 4D21-589, 4D21-590, 4D21-591, 4D21-593, 4D21-595, 4D21-596, and 4D21-646

[May 12, 2021]

Consolidated appeal of nonfinal orders from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez-Levine, Judge; L.T. Case Nos. COWE20-018669, CACE20-21921, COWE20-018013, CACE20-21931, COWE20-018504, CACE20-21926, COWE20-627, CACE20-21930, COWE20-8794, CACE20-21928, COWE20-018424, CACE20-21923, COWE20-18821(80), CACE20-21701, COWE20-018518 (80), CACE20-21708, CACE20-21711, COWE20-18808 (80), CACE20-21704, COWE20-18525 (80), CACE20-21705, COWE20-018589, CACE20-21713, COWE20-018301, COWE20-18622, and CACE20-21927.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellants.

Michael C. Clarke of Kubicki Draper, P.A., Tampa, for appellees.

### *On Confession of Error*

PER CURIAM.

We accept Appellees' confession of error in these consolidated cases. The trial court's orders sua sponte transferring venue are reversed, and the matter is remanded for further proceedings. *Advanced Diagnostic Grp. v. Ocean Harbor Cas. Ins. Co.*, 4D21-458, 2021 WL 1310851, at *1 (Fla. 4th DCA Apr. 8, 2021).

*Reversed and remanded.*

WARNER, GROSS and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***